UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DELAO,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD J. KIRKLAND,<br><br>    Respondent. | Case No. SACV 05-1159 CJC(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections with the following non-material exceptions: (1) the citation to <u>Moses v. Payne</u>, 543 F.3d 1090, 1098 (9th Cir. 2008) on page 12, line 22, is replaced with <u>Moses v. Payne</u>, __ F.3d __, 2009 WL 213070 at *15

1  (9th Cir. Jan. 30, 2009); and (2) the citation to <u>Moses</u>, 543 F.3d at 1104 on page
2  13, lines 12-13, is replaced with <u>Moses</u>, 2009 WL 213070 at *15.
3       IT IS ORDERED that Judgment be entered denying the Petition and
4  dismissing this action with prejudice.
5       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
6  Report and Recommendation, and the Judgment herein on petitioner and on
7  counsel for respondent.
8       LET JUDGMENT BE ENTERED ACCORDINGLY.

10  DATED: March 5, 2009

                                    _____
                                    HONORABLE CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE